UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Olando Washington

    Debtor.

_____/

Case No. 25-43542-mlo
Chapter 13
Hon: Maria L. Oxholm

## AFFIDAVIT IN SUPPORT OF WHY A THIRD PARTY PAYMENT ORDER CANNOT BE EFFECTUATED

NOW COMES Olando Washington, Debtor in the above referenced Chapter 13 Bankruptcy case, and states why a Third Party Payment Order cannot be effectuated pursuant to the Administrative Order Regarding LBR 1007-1(c).

1. I filed for Chapter 13 Bankruptcy protection on April 8, 2025, Case No. 25-43543.

2. Although I am employed, my wages are sufficient by themselves to meet the monthly Chapter 13 Plan payment.

3. The additional income from my business as disclosed in Schedule I and that combined with my wages are sufficient to make the monthly Chapter 13 Plan payment.

4. That I have a checking account at Genisys Credit Union and am agreeable to the execution of pre-authorized payments.

Further, Deponent sayth not.

_____
Olando Washington, Debtor

Subscribed and sworn to before me
this 29th day of April, 2025.

_____
JENNIFER L. GAMALSKI, Notary Public
Oakland County, acting in Oakland County
State of Michigan